

# THE STATE OF TEXAS
## MANDATE

TO THE 202ND DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 2nd day of June, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Joy L. Hammontree, Appellant | No. 06-15-00022-CV |
| v. | Trial Court No. 12-C-0801-202 |
| Donna R. Strawn, Appellee | |

As stated in the Court's opinion of this date, we set aside the trial court's judgment without regard to the merits, and we remand the case to the trial court for rendition of judgment in accord with the parties' settlement agreement.

We further order that each party shall bear its own costs of appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 13th day of August, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*